1  Richard A. Lazenby, Esq. (State Bar No. 202105)
   Email: *rlazenby@victorrane.com*
2  VICTOR RANE
   9350 Wilshire Blvd., Suite 308
3  Beverly Hills, California 90212
   Telephone: (310) 388-4849
4  Facsimile: (310) 388-4869

5  Attorneys for Defendant
   SOUTHWEST AIRLINES CO.

           UNITED STATES DISTRICT COURT

       CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

ZAINE HAHN,                          ) Case No.: 8:24-cv-1581-JFW-ADS
                                     )
           Plaintiff,                )
                                     ) **DISCLOSURE STATEMENT OF**
                                     ) **SOUTHWEST AIRLINES CO.**
     vs.                             ) **PURSUANT TO FEDERAL RULE**
                                     ) **OF CIVIL PROCEDURE 7.1**
SOUTHWEST AIRLINES CO.,              )
                                     )
           Defendant                 )
                                     )

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Southwest Airlines Co. ("Southwest") states that Southwest is a publicly traded entity, and is traded on the NYSE (LUV). The Vanguard Group Inc. has filed a Form 13G with the Securities and Exchange Commission stating that it owns more than 10% of the shares of Southwest.

    Southwest has no parent corporation, and no other entity has reported holdings of over 10%. Southwest reserves the right to supplement this Corporate Disclosure Statement as needed.

/ /

/ /

SOUTHWEST AIRLINES CO.'S DISCLOSURE STATEMENT
CASE NO.: 8:24-CV-1581-JFW-ADS

Dated: August 28, 2024

By: _____
   Richard A. Lazenby
   VICTOR RANE
   Attorneys for Defendant
   SOUTHWEST AIRLINES CO.

VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849

SOUTHWEST AIRLINES CO.'S DISCLOSURE STATEMENT
CASE NO 8:24-CV-1581-JFW-ADS
- 2 -